**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Tonya Saccardo, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:11-cv-11658-JLT |
| | : |
| Law Offices of Howard Lee Schiff, P.C.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 4, 2013

                                                Respectfully submitted,

                                                PLAINTIFF, Tonya Saccardo

                                                /s/ Sergei Lemberg

                                                Sergei Lemberg, Esq.
                                                B.B.O. No.: 650671
                                                **LEMBERG & ASSOCIATES L.L.C.**
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile: (203) 653-3424
                                                slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) which sent notice of such filing to the following:

Karen Wisniowski
Law Offices Howard Lee Schiff PC
340 Main Street, Suite 940
Worceseter, MA 01608

                                              By /s/ Sergei Lemberg
                                                  Sergei Lemberg