# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
:
Tonya Saccardo,                                                      :
                                                                               :
                                  Plaintiff,                             :
            v.                                                                :
                                                                               :    Civil Action No.:  1:11-cv-11658-JLT
                                                                               :
Law Offices of Howard Lee Schiff, P.C.; and        :
DOES 1-10, inclusive,                                           :
                                                                               :
                                  Defendants.                        :
_____  :

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Law Offices of Howard Lee Schiff, P.C., and DOES 1-10, inclusive, with prejudice and without costs to any party.

Tonya Saccardo                                    Law Offices of Howard Lee Schiff, P.C.


   /s/ Sergei Lemberg                              /s/ Karen Wisniowski


Sergei Lemberg, Esq.                             Karen Wisniowski BB0#633018
BBO No.: 650671                                   Law Offices Howard Lee Schiff PC
LEMBERG & ASSOCIATES                    25 Southbridge Street, Building 2, STE 2
1100 Summer Street, 3rd Floor               Auburn, MA 01501
Stamford, CT  06905                             Telephone (508)753-9991
Telephone: (203) 653-2250                     kwisniowski@hlschiffpc.com
Attorney for Plaintiff                              Attorney for Defendant

_____
SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Karen Wisniowski
Law Offices Howard Lee Schiff PC
25 Southbridge Street, Building 2, STE 2
Auburn, MA 01501

By /s/ Sergei Lemberg
Sergei Lemberg